Craig S. Sternberg, WSBA 00521
STERNBERG THOMSON OKRENT & SCHER, PLLC
2033 Sixth Avenue, Ste. 251
Seattle, WA 98121
(206) 386-5438/FAX 206 374-2868

Judge Hon. Christopher M. Alston
Hearing Date: n/a

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re                                    )
                                         )    No. 22-11324 CMA
PACIFIC NANO PRODUCTS, INC.,             )
                          Debtor         )    Chapter 7
                                         )

## PRECIPE

Attached hereto is the Receiver's Amended Third Report for the period through November 30, 2022. This replaces ECF No. 101.

DATED this 14th day of December 2022

Sternberg Thomson Okrent & Scher, PLLC

*s/ Craig S. Sternberg*
By _____
Craig S. Sternberg, WSBA 521
Attorneys for the Receiver

PRECIPE RECEIVER'S AMENDED
THIRD REPORT

Page 1 of 1

*STERNBERG THOMSON OKRENT & SCHER, PLLC*
*2033 Sixth Avenue, Ste. 521*
*Seattle, Washington 98121*
*(206) 386-5438 FAX 374-2868*

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

In re the Receivership of:

PACIFIC NANO PRODUCTS, INC., a

Washington corporation.

No. 22-2-08691-2 SEA

RECEIVER'S AMENDED REPORT FOR
PERIOD ENDING NOVEMBER 30, 2022

Marc S. Stern, receiver herein, reports to the court as follows:

## 1 ASSETS

1.1     Except for the disbursals made that are discussed *infra*, there have been no major

changes in the assets or their value.

1.2     The note owing from Pacific Nano India to Pacific Nano U.S.

1.2.1     The face value of the note is approximately 1.3 million dollars. Until

recently, it was not able to make payments on the note. Currently, Pacific

Nano, India has in approximately $323,000 in its bank accounts in India.

1.3     The Intellectual Property.

1.31     Pacific Nano Inc holds several patents and concepts that may have value. I

am endeavoring to determine what the value of those assets are.

## 2 ACTIONS TAKEN FROM LAST REPORT UNTIL NOW

2.1     As indicated above, I continued current management and have been making their

normal payroll from funds of the company. This done pursuant to Orders in the

United States Bankruptcy Court.

2.2     I responded to an involuntary Chapter 7 filed by GR technologies. My response

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206) 448-7996**

included controversion of the Petition and Motions to Abstain, Pay Employees, and Dismiss. We have also asked for the petitioning creditor to post a bond.

2.3    As stated above, I have a better grasp of the value of assets.

    2.3.1    Pacific Nano India, the estate owns 91% of the stock. Pacific Nano India is operating on a profitable basis and has cash reserves.

2.4    Pacific Nano India has been operating on a profitable basis.

2.5    The real value of the physical facilities is that they are in operation and can be shown to other companies considering purchasing the technology or Intellectual Property.

2.6    Attached hereto as Exhibit A is a Report of Income received and costs disbursed.

2.7    Patent Application US 11,447,641 B2 from FIBROUS STRUCTURED AMORPHOUS SILICAINCLUDING PRECIPITATED CALCIUM CARBONATE AND COMPOSITIONS OF MATTER MADE THEREWITH has now matured into a U.S. Patent. Issue date of September 20, 2022.

2.8    I have advanced funds to the Patent attorney, Reams Goodloe, the amounts necessary to pay for patent issuance. They are set forth in the report.

3 ACTIONS TAKEN FROM LAST REPORT UNTIL NOW

3.1    I am still in the process of determining the exact nature and valuation of the intellectual property. Until that is done, a method for liquadating them cannot be proposed.

3.2    Valuation of the IP is ongoing. Some patents are several years old and their monetization has not produced any economic gain. I have consulted with Arminino LLP and I have received a proposal from them. As discussed supra. One other claim has ripened into a fully issued patent.

3.3    I am attaching to this report the Declaration that I filed in Bankruptcy Court in support of my Motion to Approve Compensation. I incorporate by reference.

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH STREET
SEATTLE, WA 98117
(206) 448-7996

Dated this December 14, 2022.

/s/ *Marc S. Stern*
Marc S. Stern,
WSBA 8194
Receiver

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH STREET
SEATTLE, WA 98117
(206) 448-7996

EXHIBIT A


# UMPQUA BANK

Customer Service:
1-866-486-7782

PACIFIC NANO PRODUCTS, INC.
1100 SW 27TH ST
RENTON WA 98057-2624

Last statement: August 31, 2022
This statement: September 30, 2022

Please be aware that items may be presented for payment multiple times when your account does not contain sufficient funds to pay the item(s). We may charge you a fee each time an item is presented and you do not have sufficient funds in your account to pay the item. For services to help you manage your account, visit www.umpquabank.com/globalassets/media/documents/overdraft_disclosure_for_business_accounts.pdf

## ANALYZED BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | ███0397 | Beginning balance | $184,166.55 |
| Low balance | $184,014.78 | Deposits/Additions | $0.00 |
| Average balance | $184,110.90 | Withdrawals/Subtractions | $151.77 |
| Interest earned | $0.00 | Ending balance | $184,014.78 |

### Other Withdrawals/Subtractions

| Date | Description | | Subtractions |
|---|---|---|---|
| 09-20 | Maintenance Fee Analysis Activity  For 08/22 | *Umpqua Bank Fees* | 151.77 |
| **Total Other Withdrawals/Subtractions** | | | **$151.77** |

*No other September transactions*

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 184,166.55 | 09-20 | 184,014.78 | 09-30 | 184,014.78 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC       Equal Housing Lender 🏠       SBA Preferred Lender

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC          Equal Housing Lender          SBA Preferred Lender


# UMPQUA BANK

Customer  Service:
1-866-486-7782

PACIFIC NANO PRODUCTS, INC.
1100 SW 27TH ST
RENTON WA 98057-2624

Last statement: September 30, 2022
This statement: October 31, 2022

Please be aware that items may be presented for payment multiple times when your account does
not contain sufficient funds to pay the item(s). We may charge you a fee each time an item is
presented and you do not have sufficient funds in your account to pay the item. For services to help
you manage your account, visit www.umpquabank.com/globalassets/
media/documents/overdraft_disclosure_for_business_accounts.pdf

## ANALYZED BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | ████0397 | Beginning balance | $184,014.78 |
| Low balance | $98,474.61 | Deposits/Additions | $21,568.42 |
| Average balance | $121,764.96 | Withdrawals/Subtractions | $107,108.59 |
| Interest earned | $0.00 | Ending balance | $98,474.61 |

## Other Deposits/ Additions

| Date | Description | Additions |
|---|---|---|
| 10-05 | Wire Transfer-in Incoming Domestic Acct#9801860397 Bank Of America Um Pqua Bank 25713477 73   *ORIGINAL WIRE RETURN - SEE BELOW* | 21,568.42 |
| **Total Other Deposits/ Additions**   *CRAIG STEANBERG ✱* | | **$21,568.42** |

## ACH and Electronic Payments/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 10-04 | ACH Debit State Of Wa-esd Esd ACH 6 Esd WA Ui-tax 20221004   *- STATE PAYROLL TAX* | 21.57 |
| 10-04 | ACH Debit Labor&industries L&i Elf 86375505-02lwnn 20221004 | 237.72 |
| 10-04 | ACH Debit Intuit Payroll S Quickbooks 471638849 20221004   *SEPTEMBER PAYROLL* | 14,971.29 |
| 10-04 | ACH Debit Intuit Payroll S Quickbooks 471638849 20221004   *AUGUST PAYROLL* | 15,121.30 |
| 10-05 | ACH Debit IRS Usataxpymt 270267814229293 20221005   *- FED: PAYROLL* | 10,371.50 |
| 10-06 | ACH Debit Ref 2791121I Funds Transfer To Dep Xxxxxx7206 From *ORIGINAL WIRE CS.* | 21,613.42 |
| 10-31 | ACH Debit Intuit Payroll S Quickbooks 471638849 20221031   *OCTOBER PAYROLL* | 14,971.30 |
| **Total ACH and Electronic Payments/Subtractions** | | **$77,308.10** |

Member FDIC        Equal Housing Lender ⌂        SBA Preferred Lender

## Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|------|-------------|-------------|
| 10-04 | Wire Transfer-out Bob Domestic Acct#9801860397 Sternberg Thomson Okrent Scher Bank Of America, N.A., NY  *☆ MAKE-UP WIRE* | 21,613.42 |
| 10-20 | Maintenance Fee Analysis Activity  For 09/22  *BANK FEE* | 145.33 |
| **Total Other Withdrawals/Subtractions** | | **$21,758.75** |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-30 | 184,014.78 | 10-06 | 120,066.24 | 10-20 | 113,445.91 |
| 10-04 | 130,482.74 | 10-07 | 115,066.24 | 10-31 | 98,474.61 |
| 10-05 | 141,679.66 | 10-12 | 113,591.24 | | |

## Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## Checks

| Check # | Amount | Date | Check # | Amount | Date |
|---------|--------|------|---------|--------|------|
| 1964 | $769.65 | 10-04 | 1968 | $5,000.00 | 10-07 |
| *1967 | $797.09 | 10-04 | 1969 | $1,475.00 | 10-12 |

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 4 for **-$8,041.74**

*↳ SEE NEXT PAGE FOR DETAIL*

Member FDIC        Equal Housing Lender 🏠        SBA Preferred Lender

→ EMPLOYEE (M. DURAND)
EXPENSE SEPT

Check # 1964, Posted 10-04-22, Amount $769.65

Check # 1968, Posted 10-07-22, Amount $5,000.00

Check # 1967, Posted 10-04-22, Amount $797.09

Check # 1969, Posted 10-12-22, Amount $1,475.00

EMPLOYEE EXPENSE (M. DURAND)
AUG.

→ R. REAMS GOODLOE
IP MAINTENCE

→ PAYMENT TO DEBT
HOLDER; SETTLED AMT.
FROM $10K.

Member FDIC     Equal Housing Lender 🏠     SBA Preferred Lender


# UMPQUA BANK

Customer Service:
1-866-486-7782

PACIFIC NANO PRODUCTS, INC.
1100 SW 27TH ST
RENTON WA 98057-2624

Last statement: October 31, 2022
This statement: November 30, 2022

> Please be aware that items may be presented for payment multiple times when your account does
> not contain sufficient funds to pay the item(s). We may charge you a fee each time an item is
> presented and you do not have sufficient funds in your account to pay the item. For services to help
> you manage your account, visit www.umpquabank.com/globalassets/
> media/documents/overdraft_disclosure_for_business_accounts.pdf

## ANALYZED BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | ████0397 | Beginning balance | $98,474.61 |
| Low balance | $89,374.80 | Deposits/Additions | $0.00 |
| Average balance | $89,682.68 | Withdrawals/Subtractions | $9,099.81 |
| Interest earned | $0.00 | Ending balance | $89,374.80 |

### ACH and Electronic Payments/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 11-01 | ACH Debit Paid Family Med Payment A   683849235 20221031 | 41.18 |
| 11-01 | ACH Debit IRS Usataxpymt 270270514676634 20221101  ← Q3 FED PAYROLL TAX | 5,185.74 |
| **Total ACH and Electronic Payments/Subtractions** | | **$5,226.92** |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 11-22 | Maintenance Fee Analysis Activity  For 10/22  – BANK FEE | 181.94 |
| **Total Other Withdrawals/Subtractions** | | **$181.94** |

Member FDIC     Equal Housing Lender ⌂     SBA Preferred Lender

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10-31 | 98,474.61 | 11-07 | 89,681.74 | 11-22 | 89,374.80 |
| 11-01 | 90,417.69 | 11-09 | 89,556.74 | 11-30 | 89,374.80 |

## Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## Checks

*[handwritten: BOOKKEEPING KAREN WENNERLAND]*
*[handwritten: REAMS LOODPLOE IP]*

| Check # | Amount | Date | Check # | Amount | Date |
|---------|--------|------|---------|--------|------|
| 1966 | $125.00 | 11-09 | 1971 | $2,830.00 | 11-01 |
| *1970 | $735.95 | 11-07 | | | |

*[handwritten: EMPLOYEE EXPENSE]*

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 3 for **-$3,690.95**

Member FDIC      Equal Housing Lender 🏠      SBA Preferred Lender

Check # 1966, Posted 11-09-22, Amount $125.00



Check # 1971, Posted 11-01-22, Amount $2,830.00



Check # 1970, Posted 11-07-22, Amount $735.95

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think you statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC        Equal Housing Lender 🏠        SBA Preferred Lender

EXHIBIT B

1   Marc S. Stern
    1825 NW 65th Street
2   Seattle, WA 98117
    (206) 448-7996
3   marc@hutzbah.com

Honorable Judge Christopher Alston
Chapter 7
Location: Seattle

4

### UNITED STATES BANKRUPTCY COURT
5
### WESTERN DISTRICT OF WASHINGTON AT SEATTLE

6   In re:

       PACIFIC NANO               No. 22-11324 CMA
7

        Debtor.            DECLARATION OF MARC S. STERN
8                              IN SUPPORT OF RECEIVER'S FEES
                              AND COSTS
9

10       Marc S. Stern declares under penalty of perjury that the following is true and correct.

11       1.     I am an attorney licensed to practice law in the State of Washington and have

12  been so licensed since 1978

13       2.     I was originally appointed as the Receive in this case on June 8, 2022. I agreed

14  to compensation at $8,000 the first month and $4,000 thereafter. As a result my time keeping

15  was spotty. I believe that I spent more time on this matter than is recorded. I made an agreement

16  to be compensated at the $4,000 per month rate and I think it would not be honorable to ask for

17  more at this time. Had I been able to liquidate the company a success fee might have been

18  requested but the involuntary and all of the litigation has made this impossible. Copy of the

19  Order is filed in this case.

20       3.     Had the involuntary not been filed, the case was on track to have the assets

21  liquidated and the distribution to creditors complete this month or early in 2023.

22       4.     Attached hereto as Exhibit A are the time entries and costs advanced in this

23  matter.  They are correct except as to the missed time.

24       5.     As the Receiver my obligation is to preserve and liquidate the property.  Early on

25  I understood that the estate consisted of four separate possible assets.  They are 1) an Indian

26

27  MOTION FOR COMPENSATION
    FOR RECEIVER/CUSTODIAN – 1
28  fee app mss.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206) 448-7996**

1   Subsidiary with operating machinery and positive cash flow, 2) Intellectual Property in the United

2   States and in foreign states.  There are several patents, 4) the employees who know the business,

3   have been developing a market and are negotiating potential sales, and 3) everything else. This

4   included a bank account here, and miscellaneous stuff that is probably not liquidable.

5       6.      Early on I concluded that it was necessary to retain an advisor with an Indian

6   presence and knowledge of cross border transactions.  I retained George Kelakos of Kelokos

7   advisors.  I received a report from him that lead me to believe that the physical assets of the

8   Indian subsidiary had no real liquidation value.  I reported this in one of my periodic reports.

9       7.      My emphasis has been in maintaining what I view as the true value of the

10  company, the patents and employees. Any sale that produces anything will require that the

11  patents be transferred and the employees working with them be hired by the purchaser.

12      8.      The patents and the Indian facility are commercially intertwined.  The Indian

13  facilities provide a proof of concept and a showroom for anyone wanting to license the patents.

14  Without a proof of concept and an operating facility that potential licensees can visit, the patents

15  are just so much hype.

16      9.      When I commenced the case, a speedy and orderly liquidation was what I

17  envisioned.  After proofs of claim were received, it was apparent that the only question was the

18  priority of the claims.  I anticipated that both secured creditors would seek to credit bid their

19  positions.

20      10.     My analysis of the relative priority of the positions was discussed in a prior

21  declaration and I see no need to repeat it here.  After making a determination of what I believed

22  to be the relative priorities, I instructed my counsel to file a motion to allow claims and establish

23  priority.

24      11.     Simultaneously with this I was interviewing potential patent and intellectual

25  property brokers who could market a) the intellectual property and b) the Indian operation that I

26

27  MOTION FOR COMPENSATION
    FOR RECEIVER/CUSTODIAN – 2
28  fee app mss.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206) 448-7996**

1  believed was part and parcel of the business.  It was my conclusion that the whole was worth

2  much more than the sum of the parts.

3      12.     During this process and after the filing of the involuntary I maintained and

4  prosecuted the patents.  I paid patent counsel to maintain the patent inventory and prevent it

5  from being lost

6      13.     I also maintained the employees.  It was and is my conclusion that any

7  reasonable sale of the property will include the hiring of the employees by the purchasing entity.

8  If they were lost or sought other employment, the value of the company would substantially

9  decline.

10     14.     The value of the company has been maintained.  While there have been expenses,

11  the Indian subsidiary has accumulated in excess of $350,000.  Some of that is required for

12  working capital but it is substantially more than when the case started.

13          Executed under penalty of perjury this December 7, 2022

14

15

16                                    /s/Marc S.Stern
                                      Marc S. Stern
17                                    WSBA 8194
                                       Receiver

18

19

20

21

22

23

24

25

26

27  MOTION FOR COMPENSATION
    FOR RECEIVER/CUSTODIAN – 3
28  fee app mss.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206) 448-7996**

EXHIBIT A

**MARC S. STERN**
Attorney at Law
1825 NW 65th Street
Seattle, WA 98117
206-448-7996

# STATEMENT

Date: 12/08/2022

Account No: 2331.00

---

Pacific Nano

<u>Fees</u>

| | | | Hours |
|---|---|---|---|
| 09/01/2022 | MSS | Telephone conference with Sternberg. | 0.20 |
| | NK | Draft email to DeLeo. | 0.20 |
| 09/02/2022 | MSS | Zoom conference with Kalakos, Viral Jasubhai and Sternberg. | 1.00 |
| | MSS | Email to Sternberg. | 0.20 |
| | MSS | Telephone conference with Sternberg. Review and revise my declaration. | 0.40 |
| | MSS | Review answer to involuntary petition and supplemental declarations. | 0.50 |
| | MSS | Review Application for compensation and declarations. | 0.20 |
| 09/06/2022 | MSS | Meeting with potential sales agent. Telephone conference with Counsel. Review and reply to email from Goodloe and company. | 1.70 |
| | MSS | Review Debtor's Joinder in Receiver's Motion to Dismiss or Abstain and declarations. | 0.50 |
| | MSS | Review letter setting pretrial conference from chambers. | 0.20 |
| | MSS | Review amended application for compensation. | 0.20 |
| | MSS | Review motion to post bond under sec. 303. | 0.20 |
| | MSS | Email from Goodloe re Patent. | 0.20 |

All fees and costs will be considered valid unless a written objection is received within 30 days of the statement date.

Payments received after the statement date will be reflected on the next statement.

Interest of 1% per month will be charged on outstanding balances after 60 days.

If you have any questions regarding this statement, please contact our office.

| | | | Hours |
|---|---|---|---|
| 09/07/2022 | MSS | Approve proposed Notice. Telephone conference with Counsel. | 0.50 |
| | MSS | Review Omnibus Notice of Hearing. | 0.20 |
| 09/12/2022 | MSS | Review and reply to email from Durand. | 0.20 |
| 09/13/2022 | MSS | Email from Durand and to Sternberg. | 0.20 |
| | MSS | Email to Sternberg. | 0.20 |
| | MSS | Phone conference with Sternberg. | 0.20 |
| 09/19/2022 | MSS | Telephone conference with Sternberg. | 0.20 |
| 09/20/2022 | MSS | Review and reply to email from Sternberg. | 0.20 |
| | MSS | Email from Goodloe re: now matured US Patent. | 0.20 |
| 09/21/2022 | MSS | Review Patent emails; Draft revisions to report. | 0.60 |
| 09/22/2022 | MSS | Review and reply to email from Sternberg. | 0.20 |
| | MSS | Review letter from attorney to Judge. | 0.20 |
| | MSS | Review Amendment to Involuntary Petition Against a Non-individual. | 0.20 |
| | MSS | Review Response to Receiver's Motion to Dismiss. | 0.30 |
| | MSS | Review Declaration of Vijay Mathur. | 0.40 |
| | MSS | Review Declaration of Paul Spadafora in response to Motion to Dismiss. | 0.40 |
| | MSS | Review Response to Motion for Bond. | 0.20 |
| | MSS | Review Response to Receiver's Application for Compensation. | 0.20 |
| 09/23/2022 | MSS | Pleadings. Telephone conference with counsel, review responses. | 1.00 |
| | MSS | Phone conference with Sternberg. | 0.20 |
| | MSS | Review amended proof of service filed by Spadafora. | 0.10 |
| | MSS | Draft detailed monthly report. | 3.00 |
| | NK | File Monthly report with King County Superior Court. | 0.20 |
| | NK | File monthly report with bankruptcy court. | 0.20 |

Pacific Nano

| Date | | | | Hours |
|---|---|---|---|---|
| | NK | File proof of service for monthly report. | | 0.20 |
| 09/25/2022 | MSS | Draft declaration and review. | | 0.20 |
| | MSS | Review reply to petitioning creditor's response re motion to compensate. | | 0.30 |
| 09/26/2022 | MSS | Review reply to petitioning creditor's response re receiver's motion to dismiss. | | 0.30 |
| | MSS | Review reply petitioning creditor's response re motion to post bond. | | 0.30 |
| | MSS | Review Reply in Support of Receiver's Motion to Dismiss or Abstain. | | 0.30 |
| | MSS | Review second declaration of Michael S. DeLeo in Support of Motion to Dismiss or Abstain. | | 0.20 |
| 09/28/2022 | MSS | Review and reply to email from Sternberg. | | 0.20 |
| | MSS | Review Application for FRBP 2004 Examination. | | 0.30 |
| | MSS | Review letter from Attorney to Judge. | | 0.10 |
| 09/30/2022 | MSS | Review and reply to email from Sternberg. | | 0.20 |
| 10/04/2022 | MSS | Email to Marc Durand. | | 0.20 |
| | MSS | Review and reply to email from Sternberg. | | 0.20 |
| | MSS | Review Order on Motion to Pay Reasonable Compensation. | | 0.20 |
| 10/06/2022 | MSS | Email from Goodloe re: Preserving Indian Patent; telephone conference with Durand; analysis and instructions to pay Goodloe from funds on hand to preserve patent. | | 1.00 |
| 10/11/2022 | MSS | Review Answer to Involuntary Petition. | | 0.20 |
| | MSS | Review Debtor's Notice of Demand for Jury Trial. | | 0.20 |
| 10/13/2022 | MSS | Review Order Denying Receiver's Motion to Dismiss. | | 0.20 |
| 10/17/2022 | MSS | Phone call with Sternberg. | | 0.20 |
| 10/18/2022 | MSS | Phone call with Sternberg. | | 0.20 |
| 10/19/2022 | MSS | Review Motion for Reconsideration, etc. | | 0.60 |
| 10/20/2022 | MSS | Revision to Declaration in Support of Motion to Reconsider. Place telephone call to Sternberg. | | 0.50 |

| | | | Hours |
|---|---|---|---|
| | MSS | Draft Declaration in Support of Motion to Reconsider. | 0.20 |
| 10/21/2022 | MSS | Review email from Sternberg. | 0.20 |
| | MSS | Reply to email from Sternberg. | 0.20 |
| | MSS | Review email from Sternberg. | 0.20 |
| | MSS | Review Motion to Reconsider Order of Dismissal and Findings. | 0.20 |
| 10/27/2022 | MSS | Review and reply to email from Durand. | 0.20 |
| | MSS | Email from opposing counsel; Telephone conference with counsel; Review and reply to email from Durand. | 0.50 |
| | MSS | Email from Durand re: expenses to pay. | 0.20 |
| 10/28/2022 | MSS | Phone call with Sternberg. | 0.20 |
| | MSS | Review Notice of Trial and Order Setting Deadlines. | 0.20 |
| 10/29/2022 | MSS | Review and reply to email from Durand. | 0.20 |
| 10/31/2022 | MSS | Email from Sternberg. | 0.20 |
| | MSS | Telephone conference with Sternberg. | 0.20 |
| | MSS | Email re: Valuation. | 0.20 |
| | MSS | Review Order on Motion for Reconsideration. | 0.20 |
| | MSS | Review Application for Compensation. | 0.30 |
| 11/01/2022 | MSS | Telephone conference with Counsel; Review and approve Notices to Compensate; Review emails. | 0.50 |
| | MSS | Email from Sternberg. | 0.20 |
| 11/03/2022 | MSS | Review Petitioner's Cross Motion to Strike Debtor PNP's Demand for Jury Trial. | 0.20 |
| | MSS | Review Declaration of Vijay Mathur in Support of Motion to Strike Demand for Jury. | 0.40 |
| | MSS | Review supplemental filing of the proposed order. | 0.20 |
| | MSS | Review Brief regarding Request for Jury. | 0.20 |
| 11/07/2022 | MSS | Email from Sternberg. | 0.20 |

| | | | Hours |
|---|---|---|---|
| 11/08/2022 | MSS | Email from Craig re: Objection. | 0.20 |
| | MSS | Email from Craig re filing. | 0.20 |
| 11/09/2022 | MSS | Review Application for Compensation for Receiver's Counsel. | 0.20 |
| | MSS | Review Declaration of Sternberg in Support of Motion for Compensation. | 0.20 |
| 11/10/2022 | MSS | Review Objection from Lasher. | 0.20 |
| | MSS | Review Debtor's Response to Petitioner's Cross Motion to Strike. | 0.20 |
| | MSS | Review Response to Debtor's Motion for a Jury Trial. | 0.20 |
| 11/14/2022 | MSS | Review Reply to Pettioner's Cross Motion on a Jury Trial. | 0.20 |
| 11/17/2022 | MSS | Hearing on Trial by Jury. | 1.20 |
| 11/22/2022 | MSS | Review Order denying Debtor's Request for a Jury Trial. | 0.20 |
| 11/23/2022 | MSS | Review Response to Debtor's Application for Attorney Fees. | 0.30 |
| 11/28/2022 | MSS | Telephone conference with Counsel. | 0.40 |
| | MSS | Email from Sternberg. | 0.20 |
| | MSS | Email with counsel. | 0.20 |
| | MSS | Review email from Craig. | 0.20 |
| | MSS | Review Reply to Motion for Compensation. | 0.20 |
| | NK | Place telephone call to Durmond re: report. | 0.20 |
| | NK | Review possible Reply to Motion. | 0.40 |
| 11/29/2022 | MSS | Email from Sternberg regarding Motion. | 0.20 |
| | NK | Draft letter to Judge regarding telephonic hearing request. | 0.20 |
| 12/01/2022 | MSS | Hearing on Motion for Compensation. | 1.60 |
| | MSS | Telephone conference with Durand re: financial statements. | 0.30 |
| | MSS | Email from Durand. | 0.20 |
| 12/02/2022 | MSS | Email from Goodloe re: Patent. | 0.20 |

| | | | Hours | |
|---|---|---|---|---|
| 12/05/2022 | MSS | Email from Durman re: Umpqua statement, Review statement. | 0.50 | |
| 12/06/2022 | MSS | Review Email from counsel. | 0.20 | |
| 12/07/2022 | MSS | Email to Craig re: statements. | 0.20 | |
| | MSS | Email to Craig re: India position. | 0.20 | |
| | MSS | Email to Sternberg. | 0.20 | |
| | | For Current Services Rendered | 36.10 | 14,862.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Marc S. Stern | 34.50 | $425.00 | $14,662.50 |
| Narmin Kerimova | 1.60 | 125.00 | 200.00 |

Total Current Work      14,862.50

Balance Due      $14,862.50

SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR
THE COUNTY OF KING

IN RE THE RECEIVERSHIP OF
PACIFIC NANO PRODUCTS

Case No.: 22-2-08691-2 SEA

CERTIFICATE OF E-SERVICE

(AFSRES)

I, Craig Sternberg, certify that I initiated electronic service of the following document(s) on the parties listed below who have consented to accept electronic service via the King County eFiling Application.  Service was initiated on December 14, 2022 at 05:27:12 PM.

Document(s):

1.  REPORT

Parties:

1.  Michael DeLeo, Attorney for Petitioner/Plaintiff
    email: mdeleo@prklaw.com
2.  Harman Bual, Attorney for Respondent/Defendant
    email: bual@lasher.com
3.  Marc Stern, Other Involved Party
    email: marc@hutzbah.com
4.  Patrick Moran, Other Involved Party
    email: pmoran@prklaw.com
5.  Paul Spadafora, Respondent/Defendant
    email: spadafora@lasher.com
6.  Robin Phillips, Petitioner/Plaintiff
    email: phillips@lasher.com
7.  Craig Sternberg, Attorney for Trustee
    email: craig@stoslaw.com

Executed this 14th day of December, 2022.

s/ Craig Sternberg
WSBA #:    521
2033 Sixth Avenue, Ste 251

CERTIFICATE OF E-SERVICE - 1

Seattle, WA 98121
206 386-5438
craig@stoslaw.com

CERTIFICATE OF E-SERVICE - 2